UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-00541 GW (ADS)    Date: February 22, 2022

Title: *Daniels v. Warden*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE OR FILE IFP REQUEST**

On January 24, 2022, Plaintiff Frederick Daniels filed a complaint asserting several civil rights violations. (Dkt. No. 1.) On January 25, 2022, the Clerk of Court issued a notice informing Plaintiff that he had neither paid the filing fee nor had filed a Request to Proceed In Forma Pauperis ("IFP Request"). (Dkt. No. 2.) As of the date of this Order, Plaintiff has still not paid the mandatory $400.00 filing fee or filed an IFP Request.

If Plaintiff wishes to proceed with this lawsuit, he must either (1) pay the full $400.00 filing fee; (2) file an IFP Request along with the necessary accompanying documents, an authorization for disbursement of funds, and a certified copy of his prison trust fund account statement; or (3) show cause why he is unable to do so by no later than **March 8, 2022.**

**Plaintiff is expressly warned that failure to file a timely response that fully complies with this Order may result in dismissal of this action without prejudice.**

The Clerk is directed to mail Plaintiff a blank copy of the District's IFP Request form (CV-60P).

**IT IS SO ORDERED.**