JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DANIELS,<br><br>                    Plaintiff,<br><br>              v.<br><br>WARDEN,<br><br>                    Defendant. | Case No. 2:21-00541 GW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety without prejudice. All claims against the defendants are dismissed for failure to prosecute and failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 29, 2022

_____
THE HONORABLE GEORGE H. WU
United States District Judge