UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DANIELS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WARDEN,<br><br>　　　　　　　　Defendant. | Case No. 2:22-00541 GW (ADS)<br><br><br>AMENDED JUDGMENT |

　　　Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety with prejudice. All claims against the defendants are dismissed for failure to prosecute and failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge